UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NATIVIDAD,<br>　　Plaintiff,<br>v.<br>NEVADA HOLISTIC MEDICINE LLC,<br>　　Defendant. | Case No.: 2:21-cv-01863-RFB-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is Defendant's motion for an extension to respond to Plaintiff's complaint.[1]  Docket No. 8.  For good cause shown, the Court **GRANTS** Defendant's motion.  Docket No. 8.  Defendant must file its answer to Plaintiff's complaint no later than November 15, 2021.

IT IS SO ORDERED.

Dated: November 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Defendant's motion is titled an *ex parte* motion although it was filed on the public docket. *See* Docket No. 8. The motion, however, fails to comply with the Court's local rules regarding *ex parte* motions.  *See* Local Rule IA 7-2(b).  As the motion was filed on the public docket despite its title, the Court does not consider it an *ex parte* motion.  Counsel must comply with all federal and local rules in the future.

1