Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Meghan A. Quinn (*pro hac vice* pending)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)
meghan.quinn@squirepb.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN NATIVIDAD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>v.<br><br>NEVADA HOLISTIC MEDICINE LLC;<br><br>Defendant. | Case No.: 2:21-cv-01863-RFB-NJK<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant Nevada Holistic Medicine LLC ("Defendant"), by and through its attorneys, states as follows:

1. Plaintiff John Natividad ("Plaintiff") filed a Complaint on October 8, 2021.

2. Defendant Nevada Holistic Medicine LLC ("Nevada Holistic") previously requested, and this Court granted, two brief extensions of time for Defendant to respond to the Complaint. [ECF Nos. 10 and 14]. Defendant's second request was made after retaining new counsel to allow counsel additional time to review the file materials and prepare an appropriate response. [ECF Nos. 13 and 14].

3. Counsel's review and investigation of the allegations in the Complaint is ongoing, and Nevada Holistic requests a 14-day extension of time to continue to prepare its response to the Complaint.

4. This extension will not unreasonably delay the litigation nor prejudice either party.

5. This is Nevada Holistic's third request for an extension of time.

6. Plaintiff's counsel consented to this extension via email on December 13, 2021.

WHEREFORE, Defendant Nevada Holistic Medicine LLC respectfully requests, and Plaintiff does not oppose, that the Court grant Nevada Holistic Medicine LLC a fourteen (14) day extension of time to respond to Plaintiff's Complaint, up to and including December 29, 2021.

Dated: December 13, 2021        Respectfully submitted,

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq., NSB #.12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Meghan A. Quinn (*pro hac vice* pending)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)
meghan.quinn@squirepb.com

Attorneys for Defendant

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated December 14, 2021

2