**Krieger Law Group, LLC**
David Krieger, Esq.
(Nv. Bar No. 9086)
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052
E: DKrieger@Kriegerlawgroup.com
T: 702-848-3855
*Attorneys for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN NATIVIDAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA HOLISTIC MEDICINE LLC<br><br>Defendant. | Case No.<br><br>2:21-cv-01863-RFB-NJK<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff John Natividad, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

1

Respectfully submitted,

Dated: January 24, 2022

**EISENBAND LAW, P.A.**

*/s/Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
*Pro Hac Vice*
515 E. Las Olas Boulevard
Suite 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092
*Counsel for Plaintiff*